UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| JEAN ZURRIN,<br><br>    Petitioner,<br><br>    vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Respondent. | Case No.: CV 09-095-S-REB<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this matter is REMANDED to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings as set forth in the Memorandum Decision and Order.

DATED: **March 31, 2010**

_____
Honorable Ronald E. Bush
U. S. Magistrate Judge

JUDGMENT - 1